THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEY POINT MANAGEMENT, INC., <br> AND GMY MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRAVELERS CASUALTY INSURANCE <br> COMPANY OF AMERICA, <br><br> Defendant. | § § § § § § § § § § § § § | CIVIL ACTION NO. 3:17-CV-2565 |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiffs and Defendant file this Agreed Motion to Dismiss with Prejudice asking this Court to dismiss all claims each has against the other with prejudice to the refiling of same.

Plaintiffs and Defendant have come to an agreement with regard to all claims made or that could have been made in this lawsuit. Therefore, Plaintiffs and Defendant do not wish to pursue this matter any further and the Court's assistance is no longer necessary.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendant jointly request that this matter be dismissed with prejudice, removed from the docket of this Court, and that costs be taxed against the party incurring same.

Respectfully submitted,

By: _____*/s/ Shaun W. Hodge*_____
    Shaun W. Hodge
    Texas Bar No. 24052995
    shodge@hodgefirm.com

**THE HODGE LAW FIRM, PLLC**
Old Galveston Square Building
2211 Strand, Suite 302
Galveston, Texas 77550
Telephone: (409) 762-5000
Facsimile: (409) 763-2300

**ATTORNEY FOR PLAINTIFFS**

-and-

By: _____*/s/ Jennifer L. Gibbs*_____
    James W. Holbrook, III
    Texas Bar No. 24032426
    jholbrook@zelle.com
    Jennifer L. Gibbs
    Texas Bar No. 24050656
    jgibbs@zelle.com
    Walter W. Cardwell IV
    Texas Bar No. 24094419
    wcardwell@zelle.com

**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone:   214-742-3000
Facsimile:   214-760-8994

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served this 9th day of May 2018, in compliance with the Federal Rules of Civil Procedure by electronic service as follows:

Shaun W. Hodge
shodge@hodgefirm.com
THE HODGE LAW FIRM, PLLC
Old Galveston Square Building
2211 Strand, Suite 302
Galveston, Texas 77550
Telephone: (409) 762-5000
Facsimile: (409) 763-2300
**ATTORNEY FOR PLAINTIFFS**

           */s/ Jennifer L. Gibbs*
           Jennifer L. Gibbs

4828-6937-8912, v. 1