THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEY POINT MANAGEMENT, INC., <br> AND GMY MANAGEMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRAVELERS CASUALTY INSURANCE <br> COMPANY OF AMERICA, <br><br> Defendant. | § § § § § § § § § § § § | CIVIL ACTION NO. 3:17-CV-2565 |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs Key Point Management, Inc. and GMY Management, Inc. ("Plaintiffs") and Defendant Travelers Casualty Insurance Company of America ("Defendant") move to dismiss the claims brought in this action against Defendant with prejudice, each party bearing its own costs. After considering the Motion, the Court is of the opinion that the Motion should be, in all things, **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiffs' and Defendant's Joint Motion to Dismiss with Prejudice in its entirety is hereby **GRANTED**.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all costs of Court and attorneys' fees shall be taxed to the party incurring the same. This Order fully and finally disposes of all claims by and between Plaintiffs and Defendant, and is therefore final, and subject to appeal.

Signed May 14, 2018.

_____
David C. Godbey
United States District Judge